UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO JOSE CORPUS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. 1:25-cv-00067-CDB (SS)<br><br>ORDER ON STIPULATION EXTENDING DEFENDANT'S TIME TO FILE A RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 13) |

　　　　Pending before the Court is Defendant's stipulated request to extend the deadline to file a response to Plaintiff's motion for summary judgment from May 12, 2025, through and including June 11, 2025.  (Doc. 13).

　　For good cause shown by the parties' stipulated representations, it is HEREBY ORDERED:

　　1. Defendant shall file a response to Plaintiff's motion for summary judgment by no later than **June 11, 2025**; and

　　2. Any optional reply by Plaintiff shall be filed in accordance with the Court's scheduling order.  (Doc. 5 ¶ 5).

IT IS SO ORDERED.

Dated: __**May 2, 2025**__　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE